# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: Cassandra Marie Givens : CASE NO: 15-56415

: CHAPTER 13

: JUDGE: C KATHRYN PRESTON

## NOTICE OF INTENTION
## TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Frank M. Pees, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00010 | AFNI<br>PO BOX 3097<br>BLOOMINGTON, IL 61702 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00009 | American Electric Power<br>1 AEP Way<br>Hurricane, WV 25526-1231 | 1,305.33 | 1.00 % | 0.00 % | Unsecured |
| 00021 | American InfoSource LP as agent for<br>Directv LLC<br>PO Box 51178<br>Los Angeles, CA 90051-5478 | 891.74 | 1.00 % | 0.00 % | Unsecured |
| 00039 | American InfoSource LP as agent for<br>T Mobile/T Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | 73.50 | 1.00 % | 0.00 % | Unsecured |
| 00012 | Ashro<br>1515 S 21st St<br>Clinton, IA 52732 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00041 | ATLAS ACQUISITIONS LLC<br>294 UNION ST<br>HACKENSACK, NJ 07601 | 695.00 | 1.00 % | 0.00 % | Unsecured |
| 00042 | ATLAS ACQUISITIONS LLC<br>294 UNION ST<br>HACKENSACK, NJ 07601 | 444.00 | 1.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00043 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH  43215 | 18.25 | 100.00 % | 0.00 % | Priority |
| 00044 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH  43215 | 10.00 | 1.00 % | 0.00 % | Unsecured |
| 00013 | Cavalry SPV I LLC<br>PO Box 27288<br>Tempe, AZ  85282 | 543.37 | 1.00 % | 0.00 % | Unsecured |
| 00014 | Ccs/first Savings Bank<br>500 East 60th St N<br>Sioux Falls, SD  57104 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00015 | Central Ohio Surgical Associates<br>750 Mount Carmel Mall, Suite 200<br>Columbus, OH  43222 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00016 | CL Oliver<br>212 Brueyhel<br>Blacklick, OH  43004 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00017 | Columbia Gas of Ohio Inc.<br>PO Box 117<br>Columbus, OH  43216 | 693.00 | 1.00 % | 0.00 % | Unsecured |
| 00022 | Department Stores National Bank<br>c/o American Infosource LP<br>PO Box 4457<br>Houston, TX  77210-4457 | 625.10 | 1.00 % | 0.00 % | Unsecured |
| 00023 | Emergency Services<br>8 Oak Park Dr.<br>Bedford, MA  01730 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00001 | FRANKLIN COUNTY TREASURER<br>373 S HIGH ST 17TH FL<br>COLUMBUS, OH  43215 | 2,821.28 | 100.00 % | 0.00 % | Secured |
| 00025 | Fsb Blaze<br>5501 S Broadband Ln<br>Sioux Falls, SD  57108 | Not filed | 1.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00008 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 6,354.34 | 100.00 % | 0.00 % | Priority |
| 00038 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 1,291.76 | 1.00 % | 0.00 % | Unsecured |
| 00024 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO  63195 | 982.95 | 1.00 % | 0.00 % | Unsecured |
| 00040 | JS & ASSOCIATES APPRAISAL SVCS<br>PO BOX 29637<br>COLUMBUS, OH  43229 | 175.00 | 100.00 % | 0.00 % | Appraiser |
| 00026 | Medicredit Corp/Outsource Group<br>Attn: Bankruptcy<br>Three City Place Dr Ste. 690<br>St Louis, MO  63141 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00027 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC  29603-0368 | 588.57 | 1.00 % | 0.00 % | Unsecured |
| 00028 | Monroe And Main<br>1112 Seventh Ave.<br>Monroe, WI  53566 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00029 | Mount Carmel Health<br>6150 E Broad Street<br>2nd Floor Customer Service<br>Columbus, OH  43213-1574 | 1,769.50 | 1.00 % | 0.00 % | Unsecured |
| 00030 | North Cash<br>Po Box 498<br>Hays, MT  59527 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00005 | Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH  43216 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00006 | Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH  43216 | Not filed | 1.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00007 | Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH  43216 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00031 | Okinius, Inc.<br>c/o Donahue Law Group, LLC<br>P.O. Box 359<br>Lebanon, OH  45036 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00032 | Ortho & Neuro Consultants Inc<br>70 South Cleveland Avenue<br>Westerville, OH  43081 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00033 | Pcb<br>5500 New Albany Rd<br>New Albany, OH  43054 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00034 | Premier Anesthesiologists<br>930 Bethel Road<br>Columbus, OH  43214-9941 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00035 | Premier Judgment Recovery & Collections<br>P.O. Box 624<br>Columbus, OH  43216 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00011 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | 164.32 | 1.00 % | 0.00 % | Unsecured |
| 00018 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | 488.63 | 1.00 % | 0.00 % | Unsecured |
| 00019 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | 147.20 | 1.00 % | 0.00 % | Unsecured |
| 00036 | Radiology Inc<br>10567 Sawmill Parkway, Suite 100<br>Powell, OH  43065 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00020 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | 816.87 | 1.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00004 | TitleMax of Ohio, Inc. d/b/a TitleMax<br>15 Bull Street, Suite 200<br>Savannah, GA  31401 | 6,118.43 | 100.00 % | 5.00 % | Secured-506 |
| 10004 | TitleMax of Ohio, Inc. d/b/a TitleMax<br>15 Bull Street, Suite 200<br>Savannah, GA  31401 | 40.88 | 1.00 % | 0.00 % | Unsecured |
| 00003 | U.S. Bank National Association<br>Nationstar Mortgage, LLC<br>Bankruptcy Department<br>PO Box 619094<br>Dallas, TX  75261-9741 | 3,314.99 | 100.00 % | 0.00 % | Pre-Pet MTG Arrears |
| 00002 | U.S. Bank National Association<br>Nationstar Mortgage, LLC<br>Bankruptcy Department<br>PO Box 619094<br>Dallas, TX  75261-9741 | 529.57<br>CONTINUING | 100.00 % | 0.00 % | Mortgage |
| 00037 | Us Bank<br>4325 17th Ave S<br>Fargo, ND  58125 | Not filed | 1.00 % | 0.00 % | Unsecured |
| | TOTAL | 30,374.01 | | | |
| 00000 | Marshall D Cohen<br>Marshall D. Cohen Co., LLC<br>1500 West Third Ave<br>Suite 400<br>Columbus, OH  43212 | 2,843.00 | 100.00 % | 0.00 % | Attorney Fee |

Dated: March 16, 2016

/s/Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Cassandra Marie Givens | : | CASE NO: 15-56415 |
| | : | CHAPTER 13 |
| | : | JUDGE: C KATHRYN PRESTON |

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 16, 2016, a copy of the foregoing Notice of Intention to Pay Claims was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
Marshall D Cohen

and on the following by **ordinary U.S. Mail addressed to:**

Cassandra Marie Givens
124 Hinkle Avenue
Columbus, OH  43207

**See Creditor Matrix**
**All Creditors and Parties in Interest**

Ohio Financial Services
3865 S. High Street
Columbus, OH  432070000

Attorney John Vidmar
1971 W. 5th Ave., Suite 4
Columbus, OH  432120000

Mount Carmel
495 Cooper Rd.
&#035; 211
Westerville, OH  430810000

Nationstar Mortgage LLC
Attn: Bankruptcy Department
PO Box 619094
Dallas, TX  752619741

Aspire/cb&t
Attn: Cardholder  Services
P.O. Box 105555
Atlanta, GA  303480000

Afni, Inc.
Po Box 3097
Bloomington, IL  617020000

Central Ohio Surgical Associates
750 Mount Carmel Mall, Suite 200
Columbus, OH  432220000

Citifinancial
300 Saint Paul Pl
Baltimore, MD  212020000

Mount Carmel Health
Corporate Service Center
Customer Service 2nd Floor
6150 E Broad St
Columbus, OH  432130000

Cassandra Marie Givens
124 Hinkle Avenue
Columbus, OH  432070000

Dept. of the Treasury
Internal Revenue Service
Kansas City, MO  649990030

Capital One
Po Box 30253
Salt Lake City, UT  841300000

US District Attorney
303 Marconi Blvd., 2nd Floor
Columbus, OH  432150000

DIRECTV
2230 E. Imperial Hwy.
El Segundo, CA  902450000

Hsbc Bank
Po Box 9
Buffalo, NY  142400000

Internal Revenue Service
PO Box 7346
Philadelphia, PA  191010000

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC  296030368

Jprecovery
20220 Center Ridge
Rocky River, OH  441160000

Ortho & Neuro Consultants Inc
70 South Cleveland Avenue
Westerville, OH  430810000

Okinius, Inc.
c/o Donahue Law Group, LLC
P.O. Box 359
Lebanon, OH  450360000

Ccs/first Savings Bank
500 East 60th St N
Sioux Falls, SD  571040000

Calvary Portfolio Services
Attention:  Bankruptcy Department
500 Summit Lake Dr. Suite 400
Valhalla, NY  105950000

Premier Bankcard, Llc
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud, MN  563029617

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  980830788

Columbia Gas of Ohio Inc.
PO Box 117
Columbus, OH  432160000

Stlnxpr/glhe
2401 International
Madison, WI  537040000

Comenity Bank/avenue
8035 Quivira Rd
Lenexa, KS  662150000

Comenity Bank/Dress Barn
Attention: Bankruptcy
P.O. Box 182686
Columbus, OH  432180000

Salute/utb
Card Services
Po Box 105555
Atlanta, GA  303480000

Mt. Carmel/East, West & St. Anns
6150 E. Broad Street
Columbus, OH  432131574

US Attorney General
Main Justice Bldg &#035;5111
10th & Constitution Ave N.W.
Washington, DC  205300000

Glelsi/educ Lending Sv
Po Box 7860
Madison, WI  537070000

First Horizon Home Loa
First Tennesse Bank Attn: Bankruptcy
Po Box 1469
Knoxville, TN  379010000

Emergency Services
8 Oak Park Dr.
Bedford, MA  017300000

US Bank, NA
c/o Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA  921770933

Medicredit Corp/Outsource Group
Attn: Bankruptcy
Three City Place Dr Ste. 690
St Louis, MO  631410000

Dsnb Macys
911 Duke Blvd
Mason, OH  450400000

CL Oliver
212 Brueyhel
Blacklick, OH  430040000

Premier Anesthesiologists
930 Bethel Road
Columbus, OH  432149941

Monroe And Main
1112 Seventh Ave.
Monroe, WI  535660000

AT&T Mobility
P.O. Box 6416
Carol Stream, IL  601970000

Ohio Auto Loan Services Inc
3588 South High Street
Columbus, OH  432070000

Ashro
1515 S 21st St
Clinton, IA  527320000

Pcb
5500 New Albany Rd
New Albany, OH  430540000

Attorney General of the State of Ohio
Collection Enforcement
150 East Gay Street, 21st Floor
Columbus, OH  432150000

Comenity Bank/Lane Bryant
Attn: Bankruptcy
Po Box 182686
Columbus, OH  432180000

HSBC Bank Nevada
111 Town Center Dr.
Las Vegas, NV  891340000

Department Stores National Bank
co American InfoSource LP
PO Box 4457
Houston, TX  772104457

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY  105950000

Afni
Po Box 3097
Bloomington, IL  617020000

AEP
P.O. Box 24401
Canton, OH  447010000

FNCC/Legacy Visa
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD  571170000

North Cash
PO Box 498
Hays, MT  595270000

Imagine
Pob 105555
Atlanta, GA  303480000

Title Max
3865 S. High St
Columbus, OH  432070000

Credit One Bank
Po Box 98873
Las Vegas, NV  891930000

NCP Finance Ohio LLC
205 Sugar Camp Circle
Dept CNG
Dayton, OH  454090000

Ashley Stewart
Comenity
Po Box 182124
Columbus, OH  432180000

Comenity Bank/cathrins
4590 E Broad St
Columbus, OH  432130000

JS & Associates Appraisal Services, LLC
P.O. Box 29637
Columbus, OH  432290637

Premier Judgment Recovery & Collections
P.O. Box 624
Columbus, OH  432160000

Merrick Bk
Attn: Bankruptcy
P.O. Box 9201
Old Bethpage, NY  118040000

Attorney Scott B. Hicks
P.O. Box 359
Lebanon, OH  450360000

Meade & Associates
737 Enterprise Dr
Westerville, OH  430810000

Synchrony Bank/JC Penny
Attention:  Bankruptcy
Po Box 103104
Roswell, GA  300760000

Toyota Mtr
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA  524080000

American InfoSource LP as agent for
T MobileTMobile USA Inc
PO Box 248848
Oklahoma City, OK  731248848

American InfoSource LP as agent for
DIRECTV LLC
PO Box 51178
Los Angeles, CA  900515478

LVNV Funding, LLC its successors and
assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  296030587

Nationstar Mortgage LLC
Attn: Bankruptcy
350 Highland Dr
Lewisville, TX  750670000

TitleMax of Ohio, Inc d/b/a TitleMax
15 Bull Street, Suite 200
Savannah, GA  314010000

Franklin County Treasurer
373 South High Street
17th Floor
Columbus, OH  432150000

Ohio Department of Taxation
Bankruptcy Division
PO Box 530
Columbus, OH  432160000

Springleaf Financial S
Po Box 969
Evansville, IN  477060000

Us Bank
4325 17th Ave S
Fargo, ND  581250000

Radiology Inc
10567 Sawmill Parkway, Suite 100
Powell, OH  430650000

American Electric Power
Attn Bankruptcy
1 AEP Way
Hurricane, WV  255260000

American General Financial/Springleaf Fi
Attention: Bankruptcy
Po Box 3251
Evansville, IN  477310000

Fsb Blaze
5501 S Broadband Ln
Sioux Falls, SD  571080000

Comenity Bank/lnbryant
4590 E Broad St
Columbus, OH  432130000

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD  571070000

U.S. Bank National Association
Nationstar Mortgage LLC
PO Box 619096
Dallas, TX  752619741

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ  076010000